**Order filed October 25, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00744-CV
_____

**JOANNA LAUFER, Appellant**

**V.**

**JUSTIN GORDON, Appellee**

**On Appeal from the 280th District Court
Harris County, Texas
Trial Court Cause No. 2017-67140**

## ORDER

Appellant challenges the trial court's order requiring her to pay costs. This court ordered and received a record on the hearing of inability to pay costs and further orders the trial court to issue detailed findings supporting its decision that appellant can afford to pay costs, pursuant to Texas Rule of Civil Procedure 145(f)(6).

Accordingly, the trial court is directed to reduce to writing its findings of fact on its order for appellant to pay costs and have a supplemental clerk's record containing those findings filed with the clerk of this court within fifteen days of the date of this order.


PER CURIAM